# EXHIBIT A

JUSTIN B. OLESON
BLASER, SORENSEN & OLESON, Chartered
Attorneys at Law
285 N.W. Main
P.O. Box 1047
Blackfoot, Idaho 83221
(208) 785-4700
Fax No. 785-7080
ISB #6412

Attorneys for Plaintiff

2010 DEC 22 AM 11:36

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF BINGHAM

| | |
|---|---|
| VENITO LONGORIA and ANGELA CERVANTES,<br><br>Plaintiffs,<br><br>vs<br><br>N. DALE LISH as Agent for UNITED STATES OF AMERICAN, DEPARTMENT OF AGRICULTURE RURAL DEVELOPMENT,<br><br>Defendant. | Case No. CV-2010- 2907<br><br>**COMPLAINT**<br><br>NOTICE: This Case is assigned to Darren B. Simpson, District Judge |

COMES NOW the Plaintiffs, and for cause of action against the Defendant alleges as follows:

I.

That at all times material herein, Plaintiffs have been and are residents of the State of Idaho.

II.

Defendant USDA has authorized N. Dale Lish as their agent and manager of property located in their field office in Bingham County, State of Idaho, in this matter.

COMPLAINT                                          1                                    10-1391

III.

The Plaintiffs purchased a piece of property located in Bingham County, State of Idaho, described as follows: LOT 14, BLOCK 1, YANCY ADDITION TO THE CITY OF BLACKFOOT, BINGHAM COUNTY, IDAHO, AS SHOWN ON THE RECORDED PLAT THEREOF. The physical address of said property is ▓▓▓▓▓▓▓▓▓ Blackfoot, Idaho 83221.

IV.

The Defendant held a Deed of Trust and mortgage in regards to said property.

V.

There was a first mortgage to Bank of Idaho, and recorded September 14, 2001 as Instrument Number 504112, and it was assigned to Idaho Housing and Finance Association.

VI.

On or about the fall of 2010, the Plaintiffs got behind on their mortgage to Idaho Housing and the matter was set for a foreclosure on October 6, 2010. Prior to October 6, 2010, the Plaintiffs had acquired sufficient funds to stop the foreclosure and catch the note up with Idaho Housing.

VII.

Prior to October 6, 2010, the Plaintiffs received a monthly billing statement from the USDA including $11,435.14 for his payment.

VIII.

Plaintiffs contacted the USDA, they were informed that the USDA had purchased the first Deed of Trust and was rolling that into his payments and his payments would increase and then he would only have to make one payment instead of two. As a result of the statements made by the USDA, the Plaintiffs relied upon said statements and did not catch up the first mortgage.

IX.

The Plaintiffs then received a notice to vacate the premises from the USDA and at that time they were told that they were not going to roll the first note into the second note and they were to be evicted from their home.

X.

The Plaintiffs has built up substantial equity in their home, which is estimated to be in the sum of $30,000.00.

XI.

Based upon the statements made by USDA to the Plaintiffs, the USDA should be enjoined from evicting them from their home.

XII.

Further, USDA should be required to roll the amount they purchased the home into the second note as they promised and allow the Plaintiffs to continue making payments until the Deed of Trust is paid in full.

XIII.

The Plaintiffs shall pay their attorney fees and court costs, if this matter is

COMPLAINT 3 10-1391

uncontested. If the Defendant contests this proceeding, they should be required to pay Plaintiffs' reasonable attorney fees and court costs in the approximate sum of $3,000.00, pursuant to I.C. 32-704, 12-120, 12-121 and I.R.C.P. 54 *et seq.*

WHEREFORE, Plaintiffs pray for judgment against the Defendant as follows

1. For an order enjoining Defendant from evicting the Plaintiffs.

2. For an order requesting the Defendant to roll the payments from the first note into the second note and allow Plaintiffs to continue making payments until Deed of Trust is paid in full.

2. For reasonable attorney's fees in the sum of $3,000.00, if uncontested, or a reasonable sum if contested.

3. For costs of court incurred herein.

4. For such other and further relief as to the Court deems just.

DATED and signed this 22 day of December, 2010.

BLASER, SORENSEN & OLESON, Chrt.

By: _____
JUSTIN B. OLESON
Attorneys for Plaintiffs

# VERIFICATION

STATE OF IDAHO ) 
                                  ):ss 
County of Bingham )

VENITO LONGORIA, being first duly sworn on oath, deposes and says:

That he is the Plaintiff in the above-entitled matter; that he has read the foregoing COMPLAINT, knows the contents thereof, and believes the same to be true and correct to the best of his knowledge.

**DATED AND SIGNED** this 22 day of December, 2010.

_____
VENITO LONGORIA

**SUBSCRIBED AND SWORN** to before me this 22 day of December, 2010.



(SEAL)

_____
NOTARY PUBLIC FOR IDAHO
Residing at Blackfoot
My cms exprs: 5·\\·\\